IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ZEBULON K. GOODLET,**                    07-CV-6200-BR

     **Plaintiff,**                    **JUDGMENT OF REMAND**

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social**
**Security,**

     **Defendant.**

Based on the Court's Opinion and Order (#  ) issued September 5, 2008, the Court hereby **REMANDS** this matter to the above administrative agency for further administrative proceedings.

DATED this 8th day of September, 2008.

                                          /s/ Anna J. Brown
                                          ANNA J. BROWN
                                          United States District Judge

1 - JUDGMENT OF REMAND